UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDDIE HANCOCK,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CIVIL ACTION FILE

NO. 1:07-cv-1755-JFK

## JUDGMENT

This action having come before the court, Honorable Janet F. King, United States Magistrate Judge, for consideration of the plaintiff's motion for Attorney Fees under the Equal Access to Justice Act (EAJA), and the court having granted said motion, it is

**Ordered and adjudged** that plaintiff's counsel recover from the defendant $6,324.48 as reasonable attorney's fees under the EAJA.

Dated at Atlanta, Georgia this 19th day of August, 2008.

                                    JAMES N. HATTEN
                                  CLERK OF COURT

                          By: /S/ Janet S. Reed
                              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    August 19, 2008
James N. Hatten
Clerk of Court


By: /S/ Janet S. Reed
    Deputy Clerk